# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Jr., Robert M. | U.S. District Court, Northern District of Illinois | 07/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active Status | ☐ Nomination Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

E.M. Dirksen U.S. Courthouse
219 South Dearborn Street, Room 2303
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Arthur J. Schmitt Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Illinois - income as Associate Judge for the 12th Judicial Circuit of Illinois |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University Law School | 2/27/19 to 3/2/19 | Newport Beach, CA | Attend and present at complex litigation conference | transportation, food, lodging |
| 2. | University of Haifa | 3/27/19 to 3/29/19 | Haifa, Israel | Attend and present at class action conference | transportation, food, lodging |
| 3. | Lawyers for Civil Justice | 5/2/19 to 5/3/19 | Washington, DC | Attend and present on MDL topics at annual meeting | transportation, food, lodging |
| 4. | Emory University Law School | 5/8/19 to 5/10/19 | Boston, MA | Attend and present on MDL topics at conference | transportation, food, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dow, Jr., Robert M. | 07/01/2020 |

| 5. | Duke University Law School | 6/21/19 to 6/22/19 | Washington, DC | Attend and present at conference on FRCP amendments | transportation, food, lodging |
| --- | --- | --- | --- | --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. First Commuity Bank accounts | A | Interest | J | T | | | | | |
| 4. Prudential Individual Retirement Annuity (Y) | | | | | | | | | |
| 5. Harris Bank accounts | A | Interest | J | T | | | | | |
| 6. GCG Mutual Fund (Y) | | | | | | | | | |
| 7. GCG 529 Fund #1 (Y) | | | | | | | | | |
| 8. GCG 529 Fund #2 | | | | | | | | | |
| 9. --American Funds Capital World G/I 529A | A | Dividend | J | T | Distributed (part) | 01/02/19 | J | | |
| 10. | | | | | Distributed (part) | 07/15/19 | J | | |
| 11. -- American Funds Growth Fund of America 529A | A | Dividend | J | T | Distributed (part) | 01/02/19 | J | | |
| 12. | | | | | Distributed (part) | 07/15/19 | J | | |
| 13. GCG 529 Fund #3 | | | | | | | | | |
| 14. -- New Perspective Fund 529A | A | Dividend | K | T | Distributed (part) | 04/15/19 | J | | |
| 15. -- American Funds Fundamental Investors 529A | A | Dividend | K | T | Distributed (part) | 04/15/19 | J | | |
| 16. GCG 529 Fund #4 | | | | | | | | | |
| 17. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | Distributed (part) | 04/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | Distributed (part) | 04/15/19 | J | | |
| 19. TD Ameritrade (HSA Bank) | | None | J | T | | | | | |
| 20. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 21. Buffalo International Fund #1449 | A | Dividend | | | Sold | 04/11/19 | J | | |
| 22. Buffalo Balanced (Flexible Income) Fund | A | Dividend | | | Sold | 04/11/19 | J | | |
| 23. Buffalo Small Cap Fund | A | Dividend | | | Sold | 04/11/19 | J | | |
| 24. Buffalo Science & Tech (Discovery) Fund | A | Dividend | | | Sold | 04/11/19 | J | | |
| 25. Buffalo Large Cap Fund | A | Dividend | | | Sold | 04/11/19 | J | | |
| 26. Buffalo USA Growth Fund | A | Dividend | | | Sold | 04/11/19 | J | | |
| 27. Northern Inst. Tax - Exempt | | None | | | Closed | 04/11/19 | J | | |
| 28. Securian Rollover IRA Account | | | | | | | | | |
| 29. -- Federated Prime Cash Oblig Svc (Y) | | | | | | | | | |
| 30. -- Invesco Convertible Sec Fund (Y) | | | | | | | | | |
| 31. -- Dodge & Cox Intl Fund (Y) | | | | | | | | | |
| 32. -- Homestead Value Fund (Y) | | | | | | | | | |
| 33. -- JP Morgan Small-Cap Growth Fund (Y) | | | | | | | | | |
| 34. -- Loomis Sayles Strat Income Fund (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -- Northern Small Cap Value Fund (Y) | | | | | | | | | |
| 36.   -- Oppenheimer Developing Markets (Y) | | | | | | | | | |
| 37.   -- Primecap Odyssey Growth Fund (Y) | | | | | | | | | |
| 38.   -- Principal High Yield Fund Class P (Y) | | | | | | | | | |
| 39.   -- Prudential Global Real Estate Fund (Y) | | | | | | | | | |
| 40.   -- T Rowe Price Blue Chip Growth (Y) | | | | | | | | | |
| 41.   -- Templeton Global Bond Fund Advisor (Y) | | | | | | | | | |
| 42.   -- AQR (Y) | | | | | | | | | |
| 43.   -- Columbia Commodity (Y) | | | | | | | | | |
| 44.   -- Victory (Y) | | | | | | | | | |
| 45.   -- Diamond Hill (Y) | | | | | | | | | |
| 46.   -- Fidelity Advisor Intl Growth Class (Y) | | | | | | | | | |
| 47.   -- Ivy Emerging Markets (Y) | | | | | | | | | |
| 48.   -- Nuveen Small Cap (Y) | | | | | | | | | |
| 49.   -- Virtus Kar Small Cap Growth (Y) | | | | | | | | | |
| 50.   -- Alger Small Cap Focus | A | Dividend | | | Sold | 10/11/19 | J | | |
| 51.   -- Columbia Overseas Value | A | Dividend | | | Sold | 10/11/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -- Goldman Sachs Intl Sm Cap | A | Dividend | | | Sold | 10/11/19 | J | | |
| 53. -- MFS New Discovery Value Fund | A | Dividend | | | Sold | 10/11/19 | J | | |
| 54. -- American New World Fund | A | Dividend | | | Sold | 10/11/19 | J | | |
| 55. -- T Rowe Price Intnatl Discovery Fund | A | Dividend | | | Sold | 10/11/19 | J | | |
| 56. -- Vanguard Intl Growth Port Inv | A | Dividend | | | Sold | 10/11/19 | J | | |
| 57. -- Doubleline Low Duration Bond | A | Dividend | | | Sold | 10/11/19 | J | | |
| 58. -- Pimco Intl Bd | A | Dividend | | | Sold | 10/11/19 | J | | |
| 59. -- Pimco Income Fund Inst Fund | A | Dividend | | | Sold | 10/11/19 | J | | |
| 60. -- Vanguard Short Term Invmt Grade | A | Dividend | | | Sold | 10/11/19 | J | | |
| 61. -- Vanguard Inflation Protected | A | Dividend | | | Sold | 10/11/19 | J | | |
| 62. -- Wells Fargo Ultra Short Term | A | Dividend | | | Sold | 10/11/19 | J | | |
| 63. -- Western Asset Core Plus Bond Fund | A | Dividend | | | Sold | 10/11/19 | J | | |
| 64. -- Ishares Russell 1000 Value | A | Dividend | | | Sold | 10/11/19 | K | | |
| 65. -- Ishares Russell 1000 Growth | A | Dividend | | | Sold | 10/11/19 | K | | |
| 66. -- Ishares Russell 2000 ETF | A | Dividend | | | Sold | 10/11/19 | J | | |
| 67. -- Vanguard FTSE Developed Market | A | Dividend | | | Sold | 10/11/19 | K | | |
| 68. -- Vanguard Intl Equity Index Fund | A | Dividend | | | Sold | 10/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Sequella, Inc. | None | | M | T | | | | | |
| 70. | IRX Therapeutics, Inc. | None | | L | T | | | | | |
| 71. | Jackson National Life Annuity | | | | | | | | | |
| 72. | -- JNL/American Growth | None | | M | T | | | | | |
| 73. | -- JNL/Double Line CAPE | None | | M | T | | | | | |
| 74. | -- JNL/Vanguard Small CoGr | None | | L | T | | | | | |
| 75. | -- JNL/American GlGrowth | None | | L | T | | | | | |
| 76. | -- JNL/MC Hthcare Sector | None | | K | T | | | | | |
| 77. | -- JNL/T.Rowe Price MidCapGr | None | | K | T | | | | | |
| 78. | -- JNL/MC Info Tech Sector | None | | K | T | | | | | |
| 79. | -- JNL/MC Sm Cap Inded | None | | K | T | | | | | |
| 80. | -- JNL/American Global SmCap | None | | K | T | | | | | |
| 81. | -- JNL/WestchesterCapEventDr | None | | L | T | | | | | |
| 82. | Transamerica Life Annuity | | | | | | | | | |
| 83. | -- TA Jennison Growth | None | | K | T | | | | | |
| 84. | -- TA Morgan Stanley Capital Growth | None | | K | T | | | | | |
| 85. | -- TA WMC US Growth | None | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -- TA T. Rowe Price Small Cap | | None | L | T | | | | | |
| 87.  -- TA Torrey Concentrated Growth | | None | K | T | | | | | |
| 88.  -- TA Janus Mid-Cap Growth | | None | K | T | | | | | |
| 89.  -- American Funds Growth Fund | | None | L | T | | | | | |
| 90.  -- American Funds Growth - Income Fund | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. (continued)

Source  Dates  Location  Purpose  Items Paid or Provided

6. American Association for Justice 7/26/19 to 7/27/19 San Diego, CA  Discussion of possible amendments to FRCP transportation, food, lodging

7. Vanderbilt University Law School 8/23/19 to 8/24/19 Nashville, TN  Attend and present at class action conference transportation, food, lodging

8. Emory University Law School 10/1/19  Washington, DC Discussion of possible amendments to FRCP transportation, food

9. Tarleton University  10/16/19 to 10/17/19 Fort Worth, TX Attend conference on police consent decrees  transportation, food, lodging

10. American Bar Association  10/18/19  Nashville, TN  Attend and present at class action institute   transportation, food

11. American Bar Association  10/24/19 to 10/25/19 New York, NY Attend and present at litigation conference  transportation, food, lodging

12. Pound Civil Justice Institute  11/1/19 to 11/3/19 Portland, OR  Attend and present at class action conference transportation, food, lodging

Part VII.

1. Lines 8, 13, 16, 28, 71, and 82 are headers.

2. Line 42 is a HSA account tht has a zero balance and I will try to close it this year. I am having difficulty contacting my original contact at TD Ameritrade and may need to try a general number to close the account.

3. For lines 6 and 7, the (Y) indicates assets (a rollover IRA and a 529 account) that were closed in 2018 and thus no longer need to be reported for 2019.

4. For lines 29 through 49, the funds in the Securian IRA were transferred to new funds in 2018 (and thus now indicated with a Y) and then the new funds in lines 50 through 68 were liquidated in October 2019 to pay for college expenses.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Dow, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544